# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 25, 2013

### NO. 03-13-00465-CV

**Sylvia L. Fragosa, Appellant**

**v.**

**Robert T. Acosta, Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, ROSE AND GOODWIN
DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE PURYEAR**

**IT APPEARING** to this Court that the appellant has failed to pay or make arrangements to pay for preparation of the county clerk's record and, accordingly, has failed to prosecute the appeal:

**IT IS THEREFORE** considered, adjudged and ordered that the appeal is dismissed for want of prosecution. **IT IS FURTHER** ordered that the appellant pay all costs relating to this appeal both in this Court and the court below; and that this decision be certified below for observance.